647 A.2d 841

IN THE MATTER OF JULIET O. BERNARDEZ,
AN ATTORNEY AT LAW.

September 28, 1994.

## ORDER

**JULIET O. BERNARDEZ** of **JERSEY CITY,** who was admitted to the bar of this State in 1980, having tendered her consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JULIET O. BERNARDEZ** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that she be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JULIET O. BERNAR-DEZ,** pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.